**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BIAO HONG,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1543-PRW |

# ORDER

On June 24, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On September 3, 2026, the Court granted the Petition in part and ordered a bond hearing or Petitioner's release if he did not receive a bond hearing within seven days of the Order (Dkt. 4). On September 8, 2026, Respondents informed the Court that Petitioner was removed from the United States on August 14, 2026, and is no longer detained.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 30th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Resp. (Dkt. 6), at 1.